■ THE PEOPLE OF THE STATE OF NEW YORK v. HORACE WELSH.— Motion granted, and the Clerk of the Supreme Court, New York County, directed to dismiss the indictment and vacate the judgment of conviction. Concur — Stevens, P. J., Capozzoli, McGivern, McNally and Steuer, JJ.